1  DENNIS J. HERRERA, State Bar #139669 City Attorney
   ELIZABETH S. SALVESON, State Bar #93788 Chief Labor Attorney
2  AMY D. SUPER, State Bar #274617
   Fox Plaza
3  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
4  Telephone:  (415) 554-3931
   Facsimile:  (415) 554-4248
5  E-Mail:     amy.super@sfgov.org

6  LEONARD LEE COLLINS, Jr.
   2119 Burgundy Court
7  Fairfield, CA 94533
   Telephone:  (707) 399-7970
8  E-Mail:     burgancoll@aol.com
   In Persona Propria

RECEIVED
2013 SEP 27  A 11: 0[ ]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LEE COLLINS, Jr. ) | |
| ) | Case Number: C 13-03456-MEJ |
| Plaintiff, ) | |
| ) | JOINT STIPULATION/REQUEST TO |
| ) | CHANGE DATES FOR CERTAIN DATES |
| vs. ) | FOR THE INITIAL CASE MANAGEMENT |
| ) | CONFERENCE AND ADR DEADLINES |
| CITY AND COUNTY OF SAN ) | AND [PROPOSED] ORDER |
| FRANCISCO; LAGUNA HONDA ) | |
| HOSPITAL AND REHABILITATION ) | |
| CENTER; EDWARD SHIELDS; STEVEN ) | Complaint filed: 12/18/2012 |
| KONEFFKLATT; and DOES 1 through 10, ) | |
| inclusive ) | |
| ) | |
| Defendants. ) | |

Defendants CITY AND COUNTY OF SAN FRANCISCO; LAGUNA HONDA

HOSPITAL AND REHABILITATION CENTER; EDWARD SHIELDS; STEVEN

KONEFFKLATT and PLAINTIFF LEONARD LEE COLLINS, Jr (hereinafter collectively "The

1  Parties") respectfully request a modification of the Order Setting Initial Case Management
2  Conference and ADR deadlines as follows:
3  Last day to:
4      Meet and Conference re: initial disclosures and early settlement, ADR process
5      selection, and discovery plan changed from 10/3/13 to 11/14/13;
6      File ADR Certification Signed by Parties and Counsel changed from 10/3/13 to
7      11/14/13;
8      File either Stipulation to ADR Process or Notice of need for ADR Phone
9      Conference changed from 10/3/13 to 11/14/13;
10     Last day to File Rule 26(f) Report, complete initial disclosures or state objection
11     in Rule 26(f) Report and file Case Management Statement Per attached Standing
12     Order re Contents of Joint Case Management changed from 10/17/13 to 12/2/13;
13     INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. B, 15th
14     Floor, SF at 10:00 AM changed from 10/24/13 to 12/9/13.
15      WHEREAS Plaintiff on or about December 18, 2012, Plaintiff Leonard Lee Collins, Jr.,
16 ("Plaintiff") commenced a civil action in the Superior Court of California, in and for the City and
17 County of San Francisco, Action No. CGC 12-527205;
18     WHEREAS, the Complaint initially filed in the Superior Court of California alleges a
19 claim under 42 U.S.C. § 1981;
20     WHEREAS, the Defendants herein removed the case from the Superior Court pursuant to
21 28 U.S.C. § 1441(b);
22     WHEREAS, Plaintiff is representing himself in this matter, and he is neither a lawyer nor
23 in possession of legal training; he has, however, sought representation in this matter from the
24 Legal Aid Society-Employment Law Center;

Parties' Joint Request/Stipulation to Modify Order Setting Initial Case Management Conference
and ADR Deadlines AND Proposed Order     Case No. C-13-03456 MEJ
Page 2 of 4

WHEREAS, the Legal Aid Society-Employment Law Center is seriously conserving representing Plaintiff in this matter, but it has not completed it process for approving representation in this matter, but it needs a bit more time to complete its process;

WHEREAS, the attorney who would be responsible for this litigation, William C. McNeill, III is scheduled to be out of the state from October 3, 2013 through October 5, 2013, and again out of the state on a previously schedule family vacation;

WHEREAS, the main counsel for Defendants, Amy D. Super, is not available to meet and confer and to do to other required duties set forth in the Order Setting Initial Case Management Conferences and ADR Deadlines until the Week of November 11, 2013;

The Parties hereby respectfully request to continue the dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines to the dates set forth above or such dates as the Court would set.

SO REQUESTED AND SO STIPULATED.

Dated: September 26, 2013

DENNIS J. HERRERA City Attorney
ELIZABETH S. SALVESON, Chief Labor Attorney
AMY D. SUPER, Deputy City Attorney

By: _____
AMY D. SUPER, Deputy City Attorney

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO, EDWARD SHIELS, AND STEVEN KONEFFKLATT

Dated: September 26, 2013

LEONARD LEE COLLINS, Jr.
In Pro Propria

_____
LEONARD LEE COLLINS, Jr.

Parties' Joint Request/Stipulation to Modify Order Setting Initial Case Management Conference and ADR Deadlines AND Proposed Order         Case No. C-13-03456 MEJ
Page 3 of 4

# ORDER

Pursuant to the Parties Request/Stipulation, and good cause therefor,

It is order that the Order Setting Initial Case Management Conference and ADR Deadlines is hereby modified to reflect the dates set forth in the above Request/Stipulation executed by the Parties herein. To wit:

> Meet and Conference re: initial disclosures and early settlement, ADR process selection, and discovery plan changed from 10/3/13 to 11/14/13;
>
> File ADR Certification Signed by Parties and Counsel changed from 10/3/13 to 11/14/13;
>
> File either Stipulation to ADR Process or Notice of need for ADR Phone Conference changed from 10/3/13 to 11/14/13;
>
> Last day to File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement Per attached Standing Order re Contents of Joint Case Management changed from 10/17/13 to 12/2/13;
>
> INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. B, 15th Floor, SF at 10:00 AM changed from 10/24/13 to 12/9/13.

**IT IS SO ORDERED.**

Dated September ____, 2013

_____
MARIA-ELENA JAMES
United States District Court Judge