DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
AMY SUPER, State Bar #274617
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:     (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
EDWARD SHIELS and STEVEN KONEFFKLATT

William C. McNeill, III State Bar No. 64392
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: 415-864-8848 x 212
Email: wmcneil@las-elc.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEONARD LEE COLLINS, Jr., | Case No. 13-3456 MEJ |
|---|---|
| Plaintiff, | *E-filing case* |
| vs. | **STIPULATION RE BRIEFING SCHEDULE** AND AMENDED ORDER THEREON |
| THE CITY AND COUNTY OF SAN FRANCISCO, LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER, ED WARD SHIELS, STEVEN KONEFFKLATT, and DOES 1-10 inclusive, | Judge:     Honorable Maria-Elena James<br>Place:     450 Golden Gate, SF<br><br>Date Action Removed:July 25, 2013<br>Trial Date:          None Set |
| Defendants. | |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1   This case was related to *Arnold Chew v. City and County of San Francisco, et. al.*, USDC
2   Case No. 13-5826, on June 10, 2014.  (Docket No. 26.)  Based on that order the parties hereby
3   propose the following coordinated briefing schedule for the remainder of the cases:

Collins:

| Event | Date |
|---|---|
| Discovery Cutoff: | December 5, 2014 |
| Dispositive Motions Due: | January 8, 2015 |
| Dispositive Motion Hearing: | February 12, 2015 |
| Pretrial Conference | May 14, 2014 |
| Final Pretrial Conference: | June 11, 2015 |
| Trial: | June 22, 2015 |

Chew:

| Event | Date |
|---|---|
| Amendment of Pleadings Deadline | October 13, 2014 |
| Discovery Cutoff: | January 6, 2015 |
| Dispositive Motions Due: | February 5, 2015 |
| Dispositive Motion Hearing: | March 12, 2015 |
| Pretrial Conference | June 18, 2014 |
| Final Pretrial Conference: | July 16, 2015 |
| Trial: | July 27, 2015 |

The parties propose that the ADR deadline in both of these cases be November 14, 2014.

Dated:  July 11, 2014

By:   /s/ Amy Super
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
EDWARD SHIELS and STEVEN KONEFFKLATT


By:   /s/ William McNeill
WILLIAM C. MCNEILL, III
Attorney for Plaintiff
LEONARD LEE COLLINS, JR.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED:

3           Dated: July 29, 2014

                                                    _____
4                                                   THE HONORABLE JUDGE MARIA-ELENA JAMES