```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
 3  AMY SUPER, State Bar #274617
    Deputy City Attorneys
 4  Fox Plaza
    1390 Market Street, Floor #5
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3931
 6  Facsimile:    (415) 554-4248
    Email: amy.super@sfgov.org
 7
    Attorneys for Defendants
 8  CITY AND COUNTY OF SAN FRANCISCO,
    EDWARD SHIELS and STEVEN KONEFFKLATT
 9

10
    William C. McNeill, III, State Bar No. 64392
11  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
    180 Montgomery Street, Suite 600
12  San Francisco, California 94104
    Telephone: 415-864-8848 x 212
13  Email: wmcneil@las-elc.org

14  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LEE COLLINS, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER, ED WARD SHIELS, STEVEN KONEFFKLATT, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 13-3456 MEJ<br><br>*E-filing case*<br>AMENDED (changes week of Trial)<br>**STIPULATION RE BRIEFING SCHEDULE**<br><br>Judge:   Honorable Maria-Elena James<br>Place:   450 Golden Gate, SF<br><br>Date Action Removed: July 25, 2013<br>Trial Date:           August 3, 2015 |

1  IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

2  This case was related to *Arnold Chew v. City and County of San Francisco, et. al.*, USDC

3  Case No. 13-5826, on June 10, 2014. (Docket No. 26.) The parties hereby stipulate and request

4  extensions of the remaining dates in these two related cases as follows:

Collins:

| Event | Date |
|---|---|
| Discovery Cutoff: | February 27, 2015 (~~20~~) |
| Dispositive Motions Due: | April 3, 2015 (~~March 27~~) |
| Dispositive Motion Hearing: | April 16, 2015 (~~9~~) |
| Pretrial Conference: | July 30, 2015 (~~23~~) |
| Final Pre-Trial Conference | August 27, 2015 (~~20~~) |
| Trial: | September 14, 2015 (~~7~~) |

Chew:

| Event | Date |
|---|---|
| Discovery Cutoff: | May 11, 2015 |
| Dispositive Motions Due: | June 26, 2015 |
| Dispositive Motion Hearing: | July 30, 2015 |
| Pre-Trial Conference: | November 5, 2015 |
| Final Pretrial Conference: | December 3, 2015 |
| Trial: | December 14, 2015 |

Dated: December 22, 2014

By: */s/ Amy D. Super*
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
EDWARD SHIELS and STEVEN KONEFFKLATT

By: */s/ William C. McNeill, III*
WILLIAM C. MCNEILL, III
Attorney for Plaintiff
LEONARD LEE COLLINS, JR.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  Dated: December 31, 2014

_____
THE HONORABLE JUDGE MARIA-ELENA JAMES