UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD LEE COLLINS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 13-cv-03456-MEJ

**STATUS ORDER**

On December 18, 2014 the parties participated in a mediation session with Mediator Alan R. Berkowitz. Although the case did not settle at that time, the Certification of ADR Session set the expectation of further facilitated discussions and a follow up date of February 1, 2015. Dkt. No. 48. On March 26, 2015, the parties filed a Joint Status Report, stating that no further settlement discussions have occurred and setting a proposed dispositive motion deadline of April 3, 2015. Dkt. No. 51. Given that the mediator anticipated further settlement negotiations, but the parties provide no explanation for any lack of follow up, the Court finds it appropriate for the parties to engage in further settlement negotiations prior to filing dispositive motions. Accordingly, all pending pretrial and trial deadlines are VACATED. The parties shall file an updated joint status report after participation in a further mediation, to be scheduled with the assigned mediator. If the parties would prefer to attend a settlement conference with another magistrate judge, they shall file a stipulation.

    **IT IS SO ORDERED.**

Dated: March 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge