UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LEE COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No.  13-cv-03456-MEJ<br><br>**CONDITIONAL DISMISSAL** |

On July 27, 2015, the parties in this case participated in a settlement conference with Magistrate Judge Joseph C. Spero, at which time the case settled.  Dkt. No. 60.  Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.  However, if any party hereto shall certify to this Court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The Clerk of Court shall close the file.

If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with prejudice.**

**IT IS SO ORDERED.**

Dated: October 29, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge